1

2

3               **UNITED STATES DISTRICT COURT**

4                        **DISTRICT OF NEVADA**

5   JOSE ABEL PEREZ-GONZALEZ,                    Case No. 2:12-cv-01008-GMN-PAL

6                              Petitioner,

7          v.                                    **ORDER**

8   UNITED STATES OF AMERICA, et al.,

9                              Respondents.

10         Petitioner Jose Abel Perez-Gonzalez appears to challenge his federal conviction and/or

11  sentence.  Before the Court in this closed case is Petitioner's Motion to Provide All the Proper

12  Documents (ECF No. 9) and Petitioner's Motion for Hearing or Court Guidance (ECF No. 11).

13  This case was closed in 2013 when the Court dismissed the case with prejudice based on

14  Petitioner's failure to keep the Court informed of his address as required by LSR 2-2. ECF No. 5.

15         Generally, an inmate has no constitutional right to free photocopying or to obtain court

16  documents without payment. *Johnson v. Moore*, 948 F.2d 517, 521 (9th Cir. 1991).  The

17  fundamental constitutional right of access to the courts requires prison authorities to help inmates

18  prepare and file "meaningful legal papers by providing prisoners with adequate law libraries or

19  adequate assistance from persons trained in the law," *Bounds v. Smith*, 430 U.S. 817, 828 (1977);

20  it does not impose an obligation "to finance and support prisoner litigation," *Lewis v. Casey*, 518

21  U.S. 343, 384–85 (1996).

22         Federal courts do not allow prisoners or any other litigants to accrue copy fees—payment

23  for copy fees is required at the time a request is made. LR IC 1-1(i)(5) (paper copies of filed

24  documents may be obtained from the clerk's office after payment of copying fees).[1]  Nothing in

25

26  _____

    [1] Pursuant to 28 U.S.C. § 1914, the Judicial Conference has adopted a schedule of fees for copying
    and related services provided by the United States Courts.  A fee of 50¢ per page is charged for
27  court staff to reproduce any record or paper filed in a case. *See* Fee Schedule, available on the
    court's website at https://www.nvd.uscourts.gov/court-information/fee-schedule/.
28

1  federal law, the Federal Rules of Civil Procedure, the Local Rules of Practice, or established case

2  law authorizes federal courts to waive or finance copy fees in closed habeas cases. LSR 1-7

3  (stating that *in forma pauperis* status does not waive a party's "responsibility to pay the expenses

4  of litigation that are not covered by 28 U.S.C. § 1915," which does not provide for copies).  To

5  the extent he seeks paper copies of the docket, Petitioner is advised that payment is required for

6  all copies of documents contained in this Court's docket.  His Motion to Provide All the Proper

7  Documents (ECF No. 9) is therefore denied.

8       Petitioner also appears to request a hearing and/or court guidance. ECF No. 11.  He

9  references citizenship, an appeal, and default judgment.  His Motion is nearly inscrutable, and he

10  nonetheless fails to provide any support for his request.  Accordingly, his Motion for Hearing

11  (ECF No. 11) is denied.

12       It is therefore ordered that Petitioner's Motion to Provide All the Proper Documents

13  (ECF No. 9) is DENIED.

14       It is further ordered that Petitioner's Motion for Hearing or Court Guidance (ECF No. 11)

15  is DENIED.

16       DATED: April 8, 2024

17

18  _____

19  GLORIA M. NAVARRO
    UNITED STATES DISTRICT JUDGE

20

21

22

23

24

25

26

27

28