**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE ABEL PEREZ-GONZALEZ,<br><br>            Plaintiff,<br>    vs.<br><br>UNITED STATES OF AMERICA,<br><br>            Defendant. | Case No.: 2:12-cv-01008-GMN-PAL<br><br>**ORDER** |

Pending before the Court are the Motion for Default Judgment, (ECF No. 21), Motion for Default Judgment, (ECF No. 22), Motion to Provide Court with Account Information, (ECF No. 24), and Motion to Grant Civil Juridical Forfeiture, (ECF No. 24), all filed by Plaintiff Jose Abel Prez-Gonzales.  This case was closed in 2013 when the Court dismissed the case with prejudice based on Petitioner's failure to keep the Court informed of his address as was required under the Local Rule at the time, LSR 2-2.  In LSR 2-2, the 2011 version of the Local Rules provided that in civil rights complaints brought by a *pro se* plaintiff, "the plaintiff shall immediately file with the Court written notification of any change of address . . . . Failure to comply with this Rule may result in dismissal of the action with prejudice."  In the current version of the Local Rules, updated in 2020, the requirement to update the court with a change of mailing address is found in LR 3-1.  LR 3-1 similarly provides that a party "must immediately file with the court written notification of any change of mailing address," and "[f]ailure to comply with this rule may result in dismissal of the action."

Because this case was properly dismissed with prejudice in 2013 for Plaintiff's failure to update his mailing address, the Court STRIKES all pending Motions.

///

///

Accordingly,

**IT IS HEREBY ORDERED** that the Motion for Default Judgment, (ECF No. 21), Motion for Default Judgment, (ECF No. 22), Motion to Provide Court with Account Information, (ECF No. 23), and Motion to Grant Civil Juridical Forfeiture, (ECF No. 24), are **STICKEN.**

**IT IS FURTHER ORDERED** that no further filings will be permitted in this closed case.

The Clerk of Court is kindly requested to not permit any further filings in this closed case.

Dated this __15__ day of December, 2025.

_____
Gloria M. Navarro, District Judge
United States District Court